## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEROME P. FARMER**                                                       **PLAINTIFF**
**ADC #179184**

v.                                       **No: 3:20-cv-387-DPM**

**LUKE MOYER, Sergeant, Craighead**
**County Jail; J. FRAIZER, CO, Craighead**
**County Jail; J. MEREDITH, CO, Craighead**
**County Jail; A. NIEWIROWICZ, CO,**
**Craighead County Jail; C. RAINS, CO,**
**Craighead County Jail; and C. TATE, CO,**
**Craighead County Jail**                                          **DEFENDANTS**

### ORDER

**1.** The Court withdraws the reference.

**2.** It appears Farmer's complaint should have been filed in *Farmer v. Bowers*, E.D. Ark. No. 3:20-cv-343-DPM-JJV. The issues raised in this complaint are currently pending in that case; and a second amended complaint was due in that case this month. The Court therefore directs the Clerk to file Farmer's complaint, *Doc. 2*, as an amended complaint in that case, and to close this case. Farmer's motion for leave to proceed *in forma pauperis, Doc. 1*, is denied as moot.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge
15 December 2020